IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:04-0098 |
| v. ) | JUDGE HAYNES |
| ) | |
| SEVEN FIREARMS, ) | |

## ORDER

Upon review of the record, the Claimant to the weapons at issue has signed an agreement to abandon his claim to these weapons. United States v. Robbins, Case No. 2:06cr00003, Docket Entry No. 42.

Accordingly, Plaintiff is AWARDED a judgment of forfeiture of the following weapons:

Kessler Arms Corporation, Model 30C Shotgun 12 Gauge

Winchester, Ranger Rifle 30-30, Serial No. 5562374

Springfield Arms Company, Model 15 Rifle 22

Remington Arms Company Model 31L, Shotgun 20 Gauge, Serial No. 582575

Marlin, Model 60, Rifle 22 Gauge, Serial No. 5106396

Taurus, Model 85, Handgun 38 Caliber Serial No. NF38482

Full Metal Jacket, Model D, Handgun 45 Caliber

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 15th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge